FILED

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0589

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's notice of intent to file reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's reply brief is due on or before October 3, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2022